UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. CHARLOTTE CHEATHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NCUA NATIONAL CREDIT UNION ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 22-cv-04309-JSW<br><br>**ORDER OF DISMISSAL** |

On August 26, 2022, the Court issued an order requiring Plaintiff to show cause why the Court should not grant Defendant's motion to dismiss as unopposed or, alternatively, why the Court should not dismiss the matter for failure to prosecute. Plaintiff was required to file a response by not later than September 9, 2022, and was admonished that failure to respond by that date would result in dismissal of this case without prejudice for failure to prosecute.

The Court has received no response to its order to show cause and no response from Plaintiff in response to the pending motion to dismiss. Accordingly, the Court DISMISSES this matter without prejudice for failure to prosecute. The Court shall issue a separate judgment and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
JEFFREY S. WHITE

|    |                              |
|----|------------------------------|
| 1  |      United States District Judge |
| 2  |                              |